Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-403-430**
**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

- **Title of Work:** Retro Liquid Swirl Abstract Pattern

## Completion/Publication

- **Year of Completion:** 2020
- **Date of 1st Publication:** March 14, 2020
- **Nation of 1st Publication:** United States

## Author

- **Author:** Julie Stiebritz
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Julie Stiebritz
  409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions

- **Name:** Julie Stiebritz
- **Email:** barmazel@mac.com
- **Telephone:** (949)640-4105
- **Address:** 409 Vista Roma
  Newport Beach, CA 92660 United States

## Certification

- **Name:** David Denholm
- **Date:** April 02, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-434-305**

**Effective Date of Registration:**
April 02, 2024

**Registration Decision Date:**
February 26, 2025

---

## Title

**Title of Work:** Midcentury Modern Piquet Abstract Minimalist Pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 08, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Julie Stiebritz
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Stiebritz
409 Vista Roma, Newport Beach, CA, 92660, United States

## Limitation of copyright claim

**Previous registration and year:** VAu 1-456-441, 2021

## Rights and Permissions

**Name:** Julie Stiebritz
**Email:** barmazel@mac.com
**Telephone:** (949)640-4105
**Address:** 409 Vista Roma
Newport Beach, CA 92660 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-403-455**
**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

## Title
- **Title of Work:** Modern Retro Liquid Swirl Abstract Pattern

## Completion/Publication
- **Year of Completion:** 2020
- **Date of 1st Publication:** March 04, 2020
- **Nation of 1st Publication:** United States

## Author
- **Author:** Julie Stiebritz
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant
- **Copyright Claimant:** Julie Stiebritz
  409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions
- **Name:** Julie Stiebritz
- **Email:** barmazel@mac.com
- **Telephone:** (949)640-4105
- **Address:** 409 Vista Roma
  Newport Beach, CA 92660 United States

## Certification
- **Name:** David Denholm
- **Date:** April 02, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
## VA 2-403-461
**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

---

## Title

**Title of Work:** New Groove Retro Abstract Liquid Swirl Pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** October 02, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Julie Stiebritz
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Stiebritz
409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions

**Name:** Julie Stiebritz
**Email:** barmazel@mac.com
**Telephone:** (949)640-4105
**Address:** 409 Vista Roma
Newport Beach, CA 92660 United States

## Certification

**Name:** David Denholm
**Date:** April 02, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-403-433**
**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

## Title

**Title of Work:** Palm Springs Midcentury Modern Abstract Pattern

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 01, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Julie Stiebritz
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Stiebritz
409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions

**Name:** Julie Stiebritz
**Email:** barmazel@mac.com
**Telephone:** (949)640-4105
**Address:** 409 Vista Roma
Newport Beach, CA 92660 United States

## Certification

**Name:** David Denholm
**Date:** April 02, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-403-459**
Effective Date of Registration:
April 02, 2024
Registration Decision Date:
July 16, 2024

## Title

**Title of Work:** Soft Curves Retro Modern Abstract Pattern

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** November 07, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Julie Stiebritz
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Julie Stiebritz
409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions

**Name:** Julie Stiebritz
**Email:** barmazel@mac.com
**Telephone:** (949)640-4105
**Address:** 409 Vista Roma
Newport Beach, CA 92660 United States

## Certification

**Name:** David Denholm
**Date:** April 02, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
## VA 2-403-429
**Effective Date of Registration:**
April 02, 2024
**Registration Decision Date:**
July 16, 2024

## Title
- **Title of Work:** Retro Fantasy Swirl Abstract Pattern

## Completion/Publication
- **Year of Completion:** 2021
- **Date of 1st Publication:** November 30, 2021
- **Nation of 1st Publication:** United States

## Author
- **Author:** Julie Stiebritz
- **Author Created:** 2-D artwork
- **Citizen of:** United States

## Copyright Claimant
- **Copyright Claimant:** Julie Stiebritz
  409 Vista Roma, Newport Beach, CA, 92660, United States

## Rights and Permissions
- **Name:** Julie Stiebritz
- **Email:** barmazel@mac.com
- **Telephone:** (949)640-4105
- **Address:** 409 Vista Roma
  Newport Beach, CA 92660 United States

## Certification
- **Name:** David Denholm
- **Date:** April 02, 2024

